

Search for Cases by: Select Search Method... ⌄

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print        GrantedPublicAccess  Logoff IMARUSIC73

**2011-CC00212 - PATRICIA M TERRY V THOMAS W TURPIN (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries:  ● Descending   ○ Ascending      Display Options: All Entries ⌄

---

**07/06/2020**  ☐ **Family Member/Roommate Served**
Document ID - 20-SMOS-100; Served To - TURPIN, THOMAS W.; Server - ; Served Date - 29-JUN-20; Served Time - 10:15:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED DONNA TURPIN.

☐ **Notice of Service**
OUT OF STATE AFFIDAVIT OF SERVICE OF SUMMONS UPON DONNA TURPIN FOR THOMAS TURPIN.
**Filed By:** MARK JOSEPH BECKER
**On Behalf Of:** PATRICIA M. TERRY

**06/18/2020**  ☐ **Alias Summons Issued**
Document ID: 20-SMOS-100, for TURPIN, THOMAS W.. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. DH

☐ **Alias Summons Requested**
Request for Alias Summons for Thomas Turpin.
**Filed By:** MARK JOSEPH BECKER
**On Behalf Of:** PATRICIA M. TERRY

**05/20/2020**  ☐ **Summons Returned Non-Est**
Document ID - 20-SMOS-32; Served To - TURPIN, THOMAS W.; Server - ; Served Date - 12-MAY-20; Served Time - 19:30:00; Service Type - Sheriff Department; Reason Description - Moved; Service Text - NON-EST, MOVED TO NORTH CAROLINA.

☐ **Notice of Service**
SUMMONS RETURNED NON-EST FOR THOMAS TURPIN.
**Filed By:** MARK JOSEPH BECKER
**On Behalf Of:** PATRICIA M. TERRY

**03/03/2020**  ☐ **Summons Issued-Associate**
DOCUMENT ID: 20-SMOS-32, FOR TURPIN, THOMAS W. SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET. EPP

**02/28/2020**  ☐ **Filing Info Sheet eFiling**
**Filed By:** MARK JOSEPH BECKER

☐ **Pet Filed in Circuit Ct**
PETITION.
**On Behalf Of:** PATRICIA M. TERRY

☐ **Judge Assigned**

---

Case.net Version 5.14.0.17             Return to Top of Page             Released 11/25/2019

EXHIBIT
A

**2011-CC00212**

Electronically Filed - St Charles Circuit Div - February 28, 2020 - 03:30 PM

STATE OF MISSOURI          )
                                )   SS.
COUNTY OF ST. CHARLES    )

### IN THE CIRCUIT COURT OF THE COUNTY OF ST. CHARLES
### STATE OF MISSOURI

| | |
|---|---|
| PATRICIA M. TERRY, )<br><br>              Plaintiff, )<br><br>v.                       )<br><br>THOMAS W. TURPIN, )<br>Serve at:      17517 Route 111, )<br>               Chesterfield, Illinois 62630 )<br><br>             Defendant. )| Cause No.: _____<br><br>Division No.: _____<br><br><br>***PLAINTIFF DEMANDS TRIAL BY JURY*** |

### PETITION

Plaintiff, for her cause of action against Defendant, states as follows:

1.      At all pertinent times mentioned herein, Plaintiff Patricia M. Terry is and was an individual residing and domiciled at 5531 Atlantic Cove, Benton, Arkansas 72019.

2.      At all pertinent times mentioned herein, Defendant Thomas W. Turpin is and was an individual residing and domiciled at 17517 Route 111, Chesterfield, Illinois 62630.

3.      Route K at or near Christina Marie Drive is and was an open and public street and highway in Wentzville, St. Charles County, Missouri.

4.      On or about April 8, 2017, Plaintiff was a passenger in a vehicle being operated by Diane M. Downey southbound on Highway K, when it was struck in the rear by the Defendant.

5.      Ms. Downey was stopped in traffic when struck.

6.      Defendant caused, or directly contributed to cause, the aforesaid collision and resulting damage to Plaintiff through his negligence in one or more of the following respects:

Electronically Filed - St Charles Circuit Div - February 28, 2020 - 03:30 PM

(a)   Defendant failed to keep a careful lookout;

(b)   Defendant operated his vehicle too close; and

(c)   Defendant's vehicle collided with the rear of Plaintiff's vehicle.

7.   Such negligence of the Defendant, in one or more of the respects submitted above, directly caused, or directly contributed to cause, Plaintiff to suffer serious and permanent injuries, including neck and right shoulder injuries, requiring surgery and extensive physical therapy. Said conditions were rendered painful and have affected her ability of movement and range of motion; she has become obligated for medical attention, and will in the future become obligated for medical attention. The aforesaid injuries were either caused, or directly contributed to be caused, by said occurrence and the function and use of said parts, described above, has been and will in the future be impaired and rendered painful; she has suffered and will suffer pain, all to her injury and damage.

8.   As a direct result or direct contributing result of the aforesaid negligence, Plaintiff's injuries, as aforesaid, are permanent, disabling, and continuing. Plaintiff has sustained pain and suffering and will do so in the future. Plaintiff has limitations in movement and range of motion. In addition, Plaintiff also sustained lost wages.

9.   Plaintiff's damages are in excess of the jurisdictional limit of $25,000.00, exclusive of interest and costs.

WHEREFORE, Plaintiff prays judgment against Defendant in such amount of money damages as is fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts of the State of Missouri, together with prejudgment interest and costs expended herein, and for such other relief as the Court considers proper under the circumstances.

Electronically Filed - St Charles Circuit Div - February 28, 2020 - 03:30 PM

Respectfully submitted,

THE HULLVERSON LAW FIRM

BY _____

MARK J. BECKER, #37801
mbecker@hullverson.com
*ATTORNEY FOR PLAINTIFF*
1010 Market Street, Suite 1480
St. Louis, Missouri 63101
#314.421.2313  Telephone
#314.421.2341  Facsimile

Date:  February 28, 2020

3



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2011-CC00212 |
| Plaintiff/Petitioner:<br>PATRICIA M. TERRY | Plaintiff's/Petitioner's Attorney/Address:<br>MARK JOSEPH BECKER<br>THE HULLVERSON LAW FIRM<br>1010 MARKET STREET<br>SUITE 1480<br>vs. ST. LOUIS, MO 63101 |
| Defendant/Respondent:<br>THOMAS W. TURPIN | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

**The State of Missouri to:**   THOMAS W. TURPIN
**Alias:**

**17517 ROUTE 111**
**CHESTERFIELD, IL  62630**

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**ST. CHARLES COUNTY**

_____3/3/2020_____        _____/S/ Cheryl Crowder_____
Date                                                                      Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)
   - ☐ the clerk of the court of which affiant is an officer.
   - ☐ the judge of the court of which affiant is an officer.
   - ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   - ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

### Service Fees
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - St Charles Circuit Div - May 20, 2020 - 04:20 PM

*Spoke w/ him on phone, He has moved to NC. address below*

↓

1

# Civil Paper Service Sheet

## Document ID: 2011-CC00212          Civil Paper File: 20-000455

**Defendant:** TURPIN, THOMAS W
**Address:** 17517, ROUTE 111
: CHESTERFIELD IL 62630

| Attempted Service | | |
|---|---|---|
| Date | Time | Initials |
| 5-12-20 | 2:22p | TP |
| 5/12/20 | 7:30p | Jm |
| | | |
| | | |

**Plaintiff:** TERRY, PATRICIA M
**Return Date:** ASAP

### I certify that I have served this summons on the defendant as follows:

1. **Personal Service** - by leaving a copy of the summons and complaint with the named defendant personally.

2. **Substitute Service** - by leaving a copy of the summons and complaint at the named defendant's usual place or residence with a member of the family, of the age of 13 years or upwards, and informing that person of the contents thereof. A copy of the summons was mailed on _____ to the defendant named above.

3. **Service on** - Corp.____ Co.____ Business____ Partnership____ By leaving a copy of the summons and complaint with the registered agent, authorized person or partner of the defendant

**Sex:** Male____ Female____
**Race:** Black____ White____ Other____
**Age:** ____
**Writ Served On:** _____ (relationship) _____

*new address*
14900
Spring wath dr.
Matthews
NC. 28105

**Served By:** _____ **Date:** _____ **Time:** _____
**ADDITIONAL REMARKS:** *Defendant moved. Fees returned.*

**Sheriff's Fees: (Service & Return)** _____
**Miles:** _____
**Total:** _____

*Shaun Kall*

MACOUPIN COUNTY SHERIFF

**Fees Paid:** 0  5/13/2020
**By:** _____

34046

3/11/2020 10:10:06 AM

Electronically Filed - St Charles Circuit Div - May 20, 2020 - 04:20 PM

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2011-CC00212 |
|---|---|
| Plaintiff/Petitioner:<br>PATRICIA M. TERRY | Plaintiff's/Petitioner's Attorney/Address:<br>MARK JOSEPH BECKER<br>THE HULLVERSON LAW FIRM<br>1010 MARKET STREET<br>SUITE 1480 |
| vs. | ST. LOUIS, MO  63101 |
| Defendant/Respondent:<br>THOMAS W. TURPIN | Court Address:<br>300 N 2nd STREET |
| Nature of Suit:<br>CC Pers Injury-Vehicular | SAINT CHARLES, MO  63301<br>(Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: | THOMAS W. TURPIN<br>Alias: |
|---|---|
| 17517 ROUTE 111<br>CHESTERFIELD, IL  62630 | |
| COURT SEAL OF<br><br>ST. CHARLES COUNTY | You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.<br><br>_____3/3/2020_____     _____/S/ Cheryl Crowder_____<br>Date     Clerk<br>Further Information: |

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| Total | $_____ | |

See the following page for directions to officer making return on service of summons.

Electronically Filed - St Charles Circuit Div - May 20, 2020 - 04:20 PM

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number:  2011-CC00212 |
|---|---|
| Plaintiff/Petitioner:<br>PATRICIA M. TERRY<br><br><br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK JOSEPH BECKER<br>THE HULLVERSON LAW FIRM<br>1010 MARKET STREET<br>SUITE 1480<br>ST. LOUIS, MO  63101 |
| Defendant/Respondent:<br>THOMAS W. TURPIN | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to:<br><br>**14400 SPRINGWATER DR<br>MATTHEWS, NC  28105**<br><br>***COURT SEAL OF***<br><br>***ST. CHARLES COUNTY*** | THOMAS W. TURPIN<br>Alias:<br><br>You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.<br><u>June 18, 2020</u>                                /S/ CHERYL CROWDER<br>             Date                                                                  Clerk<br>Further Information: |
|---|---|

### Officer's or Server's Affidavit of Service

I certify that:

1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐  delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    ☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    ☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐  other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐  the clerk of the court of which affiant is an officer.
                          ☐  the judge of the court of which affiant is an officer.
                          ☐  authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                          ☐  authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - St Charles Circuit Div - June 18, 2020 - 10:06 AM

STATE OF MISSOURI          )
                           )   SS.
COUNTY OF ST. CHARLES      )

IN THE CIRCUIT COURT OF THE COUNTY OF ST. CHARLES
STATE OF MISSOURI

PATRICIA M. TERRY,                  )
                                    )
            Plaintiff,              )
                                    )   Cause No.:    2011-CC00212
v.                                  )
                                    )   Division No.:  4
THOMAS W. TURPIN,                   )
                                    )
            Defendant.              )

## *MEMORANDUM FOR CLERK*

Alias Summons ordered to issue to *THOMAS W. TURPIN* for service by the Sheriff of Mecklenburg County, North Carolina at the following address:

14400 Springwater Drive
Matthews, North Carolina 28105

THE HULLVERSON LAW FIRM

BY _____

MARK J. BECKER, #37801
mbecker@hullverson.com
*ATTORNEY FOR PLAINTIFF*
1010 Market Street, Suite 1480
St. Louis, Missouri 63101
#314.421.2313  Telephone
#314.421.2341  Facsimile

Date:    June 18, 2020

Electronically Filed - St Charles Circuit Div - July 06, 2020 - 09:49 PM

**State of North Carolina/Mecklenburg County**
**OUT OF STATE AFFIDAVIT OF SERVICE**

**PERSONALLY APPEARED** before me, the undersigned authority, _D Sones x2943_
Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of
Mecklenburg, State of North Carolina, serving the defendant by the laws governing service of Civil
Process within the State of North Carolina, he/she delivered to the within named Defendant/ Respondent
at the following time(s) and place(s) to wit:

Received Date/Time: _6-26-70   3:38PM_

**Defendant/ Respondent:** _Turpin Thomas W TURPIN_

**Division:** _____   **Case Number:** _2011 - CC00212_
(If Applicable)

**Type(s) of Process:** ☒ Summons ☒ Complaint ☐ Lis Pendens ☐ Notice ☐ Child Support ☐ A&P
(Check All That Apply)   ☐ Other: _____

On: _6-29-20_   at: _101 5_   ☒ am/pm
(Date)       (Time)

☐ **Individual Service:** The Defendant/Respondent listed above was served personally at
_____ on
the date and time listed above.      (Location, Address)

☒ **Substitute Service:** Service was completed by leaving a true copy of the process listed above
with _DONNA TURPIN_   at _14400 SPRING WATER_
(Name, Relationship)      (Location)
_DR MATTHEWS NC 28105_
on the date and time listed above.      (Address)

☐ **Corporate, LLC, Partnership, Association or Government Service:** By leaving a true copy
of the process listed above with_____
(Name, Title)
at _____ of the said entity
on the date and time listed above.      (Location, Address)

☐ **Non-Service:** Service of the process listed above was not completed at _____
(Location)
_____on the Defendant/Respondent listed above for
(Address)
the following reason:_____on
the date and time listed above.

**Garry L. McFadden,**      By: _D Jones x2943_   _6-29-20   105_
**Sheriff Mecklenburg County NC**   Deputy Sheriff      Date/Time
                         Mecklenburg County Sheriff's Office

Sworn to and subscribed before me,

This _30_ day of, _June_ 20 _20_

_Sandra Chin_
**Notary Public**

My commission expires: _3-6-2024_

Electronically Filed - St Charles Circuit Div - July 06, 2020 - 09:49 PM



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number:  2011-CC00212 |
| Plaintiff/Petitioner:<br>PATRICIA M. TERRY<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK JOSEPH BECKER<br>THE HULLVERSON LAW FIRM<br>1010 MARKET STREET<br>SUITE 1480<br>ST. LOUIS, MO  63101 |
| Defendant/Respondent:<br>THOMAS W. TURPIN | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   THOMAS W. TURPIN
Alias:

**14400 SPRINGWATER DR**
**MATTHEWS, NC  28105**

**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| June 18, 2020 | /S/ CHERYL CROWDER |
|---|---|
| Date | Clerk |

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

| Printed Name of Sheriff or Server | Signature of Sheriff or Server |
|---|---|

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____ miles @ $ _____ per mile) |
| Total | $_____ |

NCSO-'28JUN26-13:27

See the following page for directions to officer making return on service of summons.

Electronically Filed - St Charles Circuit Div - July 06, 2020 - 09:49 PM

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.